UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:10-CR-02842(2)-FM |
| | § | |
| (2) Joseph O'Hara | § | |

## ORDER SETTING JURY SELECTION AND TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in District Courtroom, Room 421, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, July 09, 2012 at 01:00 PM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 29th day of March, 2012.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE