# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:10-CR-02842(2)-FM |
| | § | |
| (2) Joseph O'Hara | § | |

## ORDER SETTING HEARING ON MOTION TO REDACT INDICTMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION TO REDACT INDICTMENT** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, May 31, 2012 at 02:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 30th day of May, 2012.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE