Filed
Clerk, U. S. ...
Western Dis...
By _____ Al _____
Deputy

| | | | | | | | | Check | |
|---|---|---|---|---|---|---|---|---|---|
| **Payments to Strategic Governmental from EPISD** | | | | | | | | | |
| **For the Fiscal Years 2003 to 2008** | | | | | | | | | |
| **As of July 14, 2008** | | | | | | | | | |
| Fiscal Year | Check No | Check Date | PO Number | Vendor No. | Invoice No. | Invoice Date | Amount Paid | Check Picked Up | |
| fy03 | 581239 | 8/10/2003 | 273722 | 23503 | 29 | 7/29/2003 | $ 750,000.00 | N | |
| fy04 | 594471 | 1/28/2004 | 286900 | 23503 | 286900P | 1/23/2004 | 750,000.00 | N | |
| fy04 | 605331 | 5/26/2004 | 296898 | 23503 | 286898P | 5/14/2004 | 73,410.44 | N | |
| fy05 | 614441 | 9/29/2004 | 303903 | 23503 | 32 | 9/16/2004 | 539,089.56 | N | |
| fy05 | 624289 | 1/26/2005 | 313003 | 23503 | 313003P | 1/21/2005 | 400,000.00 | N | |
| fy05 | 624363 | 1/28/2005 | 313314 | 23503 | 1001 | 11/23/2004 | 100,000.00 | N | |
| fy05 | 624363 | 1/28/2005 | 313314 | 23503 | 1002 | 1/6/2005 | 50,000.00 | N | |
| fy05 | 624363 | 1/28/2005 | 313314 | 23503 | 1003 | 1/6/2005 | 50,000.00 | N | |
| fy05 | 630113 | 4/6/2005 | 319046 | 23503 | 1005 | 2/1/2005 | 50,000.00 | N | |
| fy05 | 630113 | 4/6/2005 | 319046 | 23503 | 1006 | 3/1/2005 | 50,000.00 | N | |
| fy05 | 631535 | 4/20/2005 | 320733 | 23503 | 1007 | 4/1/2005 | 50,000.00 | N | |
| fy05 | 640706 | 8/2/2005 | 325020 | 23503 | 1008 | 5/2/2005 | 20,000.00 | N | |
| fy05 | 640706 | 8/2/2005 | 325020 | 23503 | 1009 | 6/1/2005 | 20,000.00 | N | |
| fy05 | 640706 | 8/2/2005 | 325020 | 23503 | 1010 | 7/13/2005 | 20,000.00 | N | |
| fy05 | 640938 | 8/5/2005 | 325020 | 23503 | 1008SP | 5/2/2005 | 13,333.00 | Y | KP |
| fy05 | 640938 | 8/5/2005 | 325020 | 23503 | 1009SP | 6/1/2005 | 13,333.00 | Y | KP |
| fy05 | 640938 | 8/5/2005 | 325020 | 23503 | 1010SP | 7/13/2005 | 13,334.00 | Y | KP |
| fy05 | 641579 | 8/12/2005 | 325020 | 23503 | 1008SP1 | 5/2/2005 | 16,667.00 | Y | KP |
| fy05 | 641579 | 8/12/2005 | 325020 | 23503 | 1009SP1 | 6/1/2005 | 16,667.00 | Y | |
| fy05 | 641579 | 8/12/2005 | 325020 | 23503 | 1010SP1 | 7/13/2005 | 16,666.00 | Y | |
| fy05 | 641666 | 8/19/2005 | 325429 | 23503 | 1011 | 8/1/2005 | 50,000.00 | Y | WB |
| fy06 | 645585 | 9/16/2005 | 0 | 23503 | 1013 | 9/6/2005 | 30,000.00 | N | |
| fy06 | 647768 | 10/19/2005 | 330312 | 23503 | 1014 | 10/3/2005 | 30,000.00 | N | |
| fy06 | 649164 | 11/3/2005 | 0 | 26770 | 1015SP | 10/28/2005 | 15,000.00 | Y | MB |
| fy06 | 649165 | 11/3/2005 | 0 | 26771 | 1015 | 10/28/2005 | 85,000.00 | Y | MB |
| fy06 | 649325 | 11/7/2005 | 331884 | 23503 | 1013SP | 9/6/2005 | 7,500.00 | N | |
| fy06 | 649325 | 11/7/2005 | 331884 | 23503 | 1014SP | 10/3/2005 | 7,500.00 | N | |
| fy06 | 649326 | 11/7/2005 | 331885 | 23503 | 1016 | 11/1/2005 | 37,500.00 | N | |
| fy06 | 651342 | 11/29/2005 | 0 | 26771 | 06-O00017 | 11/23/2005 | 25,000.00 | Y | KP |
| fy06 | 652596 | 12/13/2005 | 334828 | 23503 | 334828-121305 | 12/13/2005 | 25,000.00 | N | |
| fy06 | 653770 | 1/6/2006 | 335659 | 23503 | 1017 | 12/010/05 | 37,500.00 | Y | KP |
| fy06 | 654354 | 1/10/2006 | 335659 | 23503 | 1018 | 1/1/2006 | 37,500.00 | Y | KP |
| fy06 | 657292 | 2/7/2006 | 335659 | 23503 | 1019 | 2/3/2006 | 37,500.00 | Y | MB |
| fy06 | 658136 | 2/17/2006 | 338977 | 26771 | 1100 | 2/14/2006 | 100,000.00 | Y | MB |
| fy06 | 659680 | 3/3/2006 | 335659 | 23503 | 1020 | 3/1/2006 | 37,500.00 | Y | MB |
| fy06 | 662711 | 4/7/2006 | 335659 | 23503 | 1021 | 4/3/2006 | 37,500.00 | Y | MB |
| fy06 | 664414 | 4/26/2006 | 0 | 26771 | 1101-1 | 3/24/2006 | 100,000.00 | N | |
| fy06 | 665155 | 5/5/2006 | 335659 | 23503 | 1022 | 5/1/2006 | 37,500.00 | Y | KP |
| fy06 | 668072 | 6/7/2006 | 335659 | 23503 | 1023 | 6/1/2006 | 37,500.00 | Y | KP |
| fy06 | 670082 | 7/6/2006 | 335659 | 23503 | 1024 | 7/1/2006 | 37,500.00 | Y | MB |
| fy06 | 671784 | 8/9/2006 | 335659 | 23503 | 1025 | 8/1/2006 | 37,500.00 | Y | ER |
| fy07 | 677019 | 9/15/2006 | 349106 | 23503 | 1027 | 9/1/2006 | 40,000.00 | Y | MB |
| fy07 | 678165 | 10/4/2006 | 349614 | 23503 | 1028 | 10/2/2006 | 40,000.00 | Y | MB |
| fy07 | 678401 | 10/6/2006 | 0 | 26771 | 1026 | 8/14/2006 | 25,000.00 | Y | MB |
| fy07 | 681186 | 11/8/2006 | 349614 | 23503 | 1030 | 11/1/2006 | 40,000.00 | Y | MB |
| fy07 | 684879 | 12/22/2006 | 349614 | 23503 | 1031 | 12/1/2006 | 40,000.00 | Y | KP |
| fy07 | 687140 | 2/2/2007 | 349614 | 23503 | 1032 | 1/2/2007 | 40,000.00 | Y | MB |
| fy07 | 689599 | 3/5/2007 | 349614 | 23503 | 1033 | 2/1/2007 | 40,000.00 | Y | MB |
| fy07 | 691348 | 3/30/2007 | 349614 | 23503 | 1034 | 3/1/2007 | 40,000.00 | Y | ER |
| fy07 | 691977 | 4/13/2007 | 349614 | 23503 | 1035 | 4/2/2007 | 40,000.00 | Y | MB |
| fy07 | 694295 | 05/01/07 | 349614 | 23503 | 1036 | 5/9/2007 | 40,000.00 | Y | MB |
| fy07 | 698387 | 6/29/2007 | 349614 | 23503 | 1037 | 6/1/2007 | 35,000.00 | Y | |
| fy07 | 699515 | 7/24/2007 | 349614 | 23503 | 1038 | 7/1/2007 | 35,000.00 | Y | |
| fy07 | 701651 | 8/31/2007 | 349614 | 23503 | 1089 | 7/31/2007 | 23,000.00 | Y | |
| fy08 | 706142 | 10/29/2007 | 374381 | 23503 | 1039A | 10/16/2007 | 6,000.00 | Y | |
| **Total Paid  To Strategic Governmental from September 2002 to February 07, 2008** | | | | | | | **$ 4,346,500.00** | | |

GOVERNMENT
EXHIBIT
A