# Review of SGS, Inc. Payments per Amended Contract Compared to Original Contract

From August 2003 through October 2007, EPISD paid a total of $4,346,500 to Strategic Governmental Solutions, Inc. (SGS) of which $2,300,000 was for software development and $2,046,500 was for reimbursements for MAC (for administrative costs) and for SHARS (for direct student costs).

EPISD received the following reimbursements for MAC:

| | |
|---|---:|
| Year ending 8-31-03 | -0- |
| Year ending 8-31-04 | -0- |
| Year ending 8-31-05 | 1,580,986 |
| Year ending 8-31-06 | 153,775 |
| Year ending 8-31-07 | -0- |
| Year ending 8-31-08 | -0- |
| Total Received | $1,734,761 |

| | |
|---|---:|
| Less: Amount paid back to Texas Department of Health and Human Services (TDHHS) in February and March 2008 for MAC reimbursements overpayments | $1,341,986 |
| Net reimbursements after repayment to TDHHS | $392,775 |
| EPISD would have paid SGS the following: $392,775.12 x 7% for MAC | $27,494 |

In the same time period, EPISD received the following reimbursement payments for SHARS:

| | |
|---|---:|
| Year ending 8-31-03 | 38,739 |
| Year ending 8-31-04 | 1,894,531 |
| Year ending 8-31-05 | 1,869,295 |
| Year ending 8-31-06 | 3,185,555 |
| Year ending 8-31-07 | 1,497,630 |
| Year ending 8-31-08 | 109,963 |
| **Total Received** | **$8,595,713** |

At EPISD's percentage rate per the original contract of 7 ½ % for SHARS reimbursements, EPISD would have paid SGS the following:

| | |
|---|---:|
| $8,595,713 @ 7 ½ % to SHARS | **$644,678** |

| | |
|---|---:|
| Total earned under original contract for MAC and SHARS | **672,172** |
| Less: Amount paid to SGS, Inc., for MAC and SHARS | 2,046,500 |
| Overpayment to SGS, Inc., on SHARS and MAC reimbursements | $1,374,327 |
| The entire amount of the software "STARS" system to EPISD | 2,300,000 |
| Total overpayment to SGS, Inc. | **$3,674,327** |

GOVERNMENT EXHIBIT
B
PENGAD-Bayonne, N. J.