United States District Court
Western District of Texas
El Paso Division

United States of America,
     Plaintiff,

     v.                                                                     Case No. EP-10-CR-2842-FM(2)

Joseph O'Hara,
     Defendant,

and

Teachers Insurance & Annuity Association of
America,
     Garnishee.

### **Motion to Unseal Garnishment Documents**

COMES NOW the United States of America and files this Motion to Unseal Garnishment Documents.  In support hereof, Plaintiff shows as follows:

The Garnishee Teachers Insurance & Annuity Association of America has been served with the writ of garnishment.  It is no longer necessary for these proceedings to be sealed.  The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:  /s/ *Kristy K. Callahan*
     **KRISTY K. CALLAHAN**
     Executive Assistant United States Attorney

Mississippi Bar No. 101255
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7455
Facsimile: (210) 384-7247
E-mail: Kristy.Callahan@usdoj.gov

ATTORNEY FOR UNITED STATES

**<u>Certificate of Service</u>**

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Teachers Insurance & Annuity Association of America
ATTN: Jared Curlis
2850 Lake Vista Drive, Suite 300
Lewisville, Texas 75067
*Garnishee*

Joseph O'Hara
2001 12th Street NW
Apt. 109
Washington, D.C. 20009-4575
*Defendant*

/s/ *Kristy K. Callahan*
**KRISTY K. CALLAHAN**
Executive Assistant United States Attorney