United States District Court
Western District of Texas
El Paso Division

FILED
DEC 1 3 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America,
    Plaintiff,

v.

Joseph O'Hara,
    Defendant,

and

Teachers Insurance & Annuity Association of America,
    Garnishee.

Case No. EP-10-CR-2842-FM(2)

## Answer of the Garnishee

_Jared Curlis_, Affiant, being duly sworn deposes and says:

That he/she is the _Customer Resolution Manager_ (state official title) of Garnishee, a _Corporation_, organized under the laws of the State of _New York_.

On _November 17th_, Garnishee received the Writ of Garnishment as stated on the Certificate of Service.

The Garnishee has custody, control or possession of the following property in which Joseph O'Hara maintains an interest, as described below:

as of 11/30/2022

| | Description of Property | Approx. Value | Description of Debtor's Interest |
|---|---|---|---|
| 1. | AMERICAN INSTITUTES FOR RESEARCH RETIREMENT PLAN | $18,686.39 | Account Owner |
| 2. | | | |
| 3. | | | |

Garnishee anticipates owing to the Defendant in the future, the following amount: NA

Amount        Estimated date or Period Due

1.  $_____  _____

2.  $_____  _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

____  The Garnishee makes the following claim of exemption on the part of Defendant: _____

____  Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: _____.

____  The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

State date, type, and amount of last transaction (including deposit, withdrawals and account closings).

| | Date | Type | Amount |
|---|---|---|---|
| 1. | 11/10/2022 | Plan Servicing Credit | $53.29 |
| 2. | | | |
| 3. | | | |

Has the individual closed any accounts with your institution in the last 12 months? No

| 1. | | | |
|---|---|---|---|
| 2. | | | |
| 3. | | | |

The Garnishee filed its answer with the United States District Clerk by mailing a copy to 525 Magoffin Avenue, Suite 105, El Paso, Texas 79901, and mailed a copy of this Answer by first-class mail to the Defendant Joseph O'Hara, at 2001 12th Street NW, Apt. 109, Washington, D.C. 20009-4575 and to the Financial Litigation Unit, USAO-WDTX, Attn: EAUSA Kristy K. Callahan, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216 on this  1st  day of  December  .

_Jared Curlis_
Garnishee

Jared Curlis
Garnishee Printed Name

ADDRESS: 2850 Lake Vista Drive Ste 300
Lewisville TX 75067

TELEPHONE: 800-842-2252
FACSIMILE: 800-914-8922
EMAIL: jcurlis@tiaa.org

Subscribed and sworn to before me this  1st  day of  December  .

Notary Public

