United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br>    Plaintiff, | |
| v. | Case No. EP-10-CR-2842-FM(2) |
| Joseph O'Hara,<br>    Defendant, | |
| and | |
| Teachers Insurance & Annuity Association of America,<br>    Garnishee. | |

## Order

Came on to be considered the United States of America's Motion for Final Order of Garnishment in this garnishment proceeding against Garnishee Teachers Insurance & Annuity Association of America. After consideration of the motion, the Court finds the relief is appropriate and that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion for Final Order of Garnishment is hereby **GRANTED**. A Final Order of Garnishment shall issue separately.

**IT IS SO ORDERED.**

Dated: 2/9/23

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

Order on Motion for Final Order of Garnishment