

United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Joseph O'Hara,<br>    Defendant,<br><br>and<br><br>Teachers Insurance & Annuity Association of America,<br>    Garnishee. | Case No. EP-10-CR-2842-FM(2) |

## Final Order of Garnishment

A Writ of Garnishment directed to Teachers Insurance & Annuity Association of America has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an answer, stating that at the time of the service of the writ it had in its possession or under its control one retirement account of Defendant Joseph O'Hara in the amount of $18,686.39. (Doc. No. 238). The Defendant presently owes the principal sum of $2,789,938.64 on his restitution debt as of February 1, 2023. Interest is accruing at the rate of 0.120%. Defendant did not claim any exemptions or request a hearing.

**IT IS THEREFORE ORDERED** that Garnishee cash out and fully surrender to the Plaintiff any and all property of Joseph O'Hara in its possession, custody, or control as levied upon with the Writ of Garnishment served on Garnishee, plus any additional funds deposited from the date of service of the writ to the date of this order up to the full amount of the debt, less any deductions required by law with no additional penalty for early withdrawal of those funds. Checks shall be made payable to the "U.S. District Clerk" and marked with the name of this case, "U.S. v. Joseph O'Hara." Checks shall be mailed to:

United States Attorney's Office
601 NW Loop 410, Suite 600
ATTN: Financial Litigation Unit
San Antonio, Texas 78216

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall forward the funds to the United States District Clerk, Western District of Texas, for application to Defendant's criminal debt in this case. Upon receipt of payment, the Garnishee is discharged from all further liability in this matter pursuant to 28 U.S.C. § 3206.

**IT IS ORDERED** that the United States District Clerk apply all monies received to the judgment rendered in this case.

**IT IS ORDERED** that the United States Attorney's Office mail copies of this Order to the following:

Teachers Insurance & Annuity Association of America
ATTN: Jared Curlis
2850 Lake Vista Drive, Suite 300
Lewisville, Texas 75067

Joseph O'Hara
927 N Saint Clair Street
Apt. 1
Pittsburgh, Pennsylvania 15206-2133

**IT IS SO ORDERED.**

Dated: 2/9/23

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE